```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | No. 1:20-cv-14321-NLH-AMD |
| Plaintiff, | |
| v. | **ORDER** |
| ROBERT VOKOUN, | |
| Defendant. | |

For the reasons expressed in the Court's Opinion filed today,

IT IS on this  1st   day of  February  , 2022

ORDERED that Plaintiff's motion for default judgment (ECF 8) shall be, and hereby is, GRANTED; and it is further

ORDERED that as part of that JUDGMENT a permanent injunction shall be entered enjoining Defendant from continuing to infringe on Plaintiff's copyrighted works and requiring Defendant to delete and permanently remove the digital media files relating to Plaintiff's copyrighted works and infringing copies of Plaintiff's copyrighted works from each of the computers under Defendant's possession, custody, or control; and it is further

ORDERED that as further part of that JUDGMENT that Plaintiff be, and hereby is, awarded $18,000 in statutory damages, $526.60 in costs, and post-judgment interest.

ORDERED that the Clerk of the Court unseal the currently sealed documents in this matter amend the caption in this matter to contain Defendant's name.


At Camden, New Jersey         /s    Noel L. Hillman
                             NOEL L. HILLMAN, U.S.D.J.